David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue – 7th Floor
New York, NY 10177
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-15

---------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF : ECF CASE
NORTH AMERICA,
 :
       Plaintiff, 14 Civ. 6984 (PAC)
 :
  - against - **STIPULATION AND**
 : **ORDER OF DISMISSAL**
M/V "MOL PRESENCE", her engines, tackle,
boilers, etc.; AMERICAN PRESIDENT LINES, :
LTD.; APL CO. PTE. LTD.;
 :
       Defendants.
---------------------------------------------------------------x

WHEREAS the parties have reached a settlement agreement;

WHEREAS the settlement funds have been received by plaintiff;

IT IS HEREBY STIPULATED AND AGREED that this action is discontinued as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice and with each party to pay its own costs and attorneys fees.

Dated: New York, New York
     April _30_, 2015

                              So Ordered:

                              /s/ Paul Crotty
                              United States District Judge

[counsel signatures on p. 2]

Stipulation of Dismissal
14 Civ. 6984 (PAC)
Page 2

Law Office
David L. Mazaroli

By /s/ David L. Mazaroli
    David L. Mazaroli
Attorney for Plaintiff
250 Park Avenue – 7th Floor
New York, NY 10177
Tel. (212)267-8480
Fax (212)732-7352

Holland & Knight
Attorneys for Defendants,
*American President Lines, Ltd. and APL Co. Pte Ltd*

By /s/ K. Blythe Daly
    K. Blythe Daly
    James H. Hohenstein
31 West 52nd Street
New York, NY 10019
Tel. (212) 513-3200
Fax (212) 385-9010